RECEIVED

JUL 1 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION NO. 00-30026-01** |
| **VERSUS** | * | **JUDGE JAMES** |
| **EDWARD D. MITCHELL** | * | **MAGISTRATE JUDGE HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion and Amended Motion to Vacate, Set Aside, or Correct Sentence by defendant (Document Nos. 251 and 253) are **DENIED.**

**THUS DONE AND SIGNED** this _12_ day of _July_, 2005 in Monroe, Louisiana.

JUDGE ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION