RECEIVED
IN MONROE, LA

AUG 2 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA**

**VS**

**EDWARD D. MITCHELL**

**CRIMINAL NO.: 3:00CR30026-01**
**JUDGE JAMES**
**MAG. JUDGE HAYES**

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

☑ The certificate of appealability is **DENIED** because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__ The certificate of appealability is **GRANTED** for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Monroe, Louisiana, this __26__ day of __August__, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE