

RECEIVED
IN MONROE, LA

JUL 2 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Cr. No. 00-30026-01/USM No. 88667-079** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **EDWARD MITCHELL** | **MAG. JUDGE KAREN L. HAYES** |

**AMENDED JUDGMENT**

Pursuant to 18 U.S.C. § 3582(c)(2), which provides for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Court, imposed on September 17, 2001, sentencing Defendant Edward Mitchell to a term of imprisonment of 210 months is AMENDED, and Defendant's sentence is reduced to 168 months. If this sentence is less than the amount of time that Defendant has already served, this shall be treated as a "Time Served" Judgment.

**I.     COURT DETERMINATION OF GUIDELINE RANGE (Prior to any departures)**

| | | | |
|---|---|---|---|
| **Previous Offense Level:** | <u>37</u> | **Amended Offense Level:** | <u>35</u> |
| **Criminal History Category:** | <u>I</u> | **Criminal History Category:** | <u>I</u> |
| **Previous Guideline Range: <u>210-262 months</u>** | | **Amended Guideline Range: <u>168-210 months</u>** | |

**II.    SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

    <u>X</u>    **The reduced sentence is within the amended guideline range.**

1

## III.  ADDITIONAL COMMENTS:

Except as otherwise provided, all provisions of the Judgment dated September 22, 2001,

remain in effect.

MONROE, LOUISIANA, this 24 day of ⎯⎯⎯July⎯⎯⎯, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE